

**FILED**

SEP 13 2016

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:16-CR- 98 |
| ) | Judge Greer |
| JAMES FITZGERALD SIMONTON, SR. ) | |
| also known as "Boogie," and ) | |
| KAI TIERRE WILLIAMS ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about May 4, 2016, in the Eastern District of Tennessee, the defendant, JAMES FITZGERALD SIMONTON, SR. aka "Boogie", having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Glock, model 19, 9mm semi-automatic pistol, which had been shipped and transported in interstate commerce. [Title 18, United States Code, Section 922(g)(1)]

### COUNT TWO

The Grand Jury further charges that on or about May 12, 2016, in the Eastern District of Tennessee, the defendant, KAI TIERRE WILLIAMS, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Beretta, model 92f, 9mm semi-automatic pistol, which had been shipped and transported in interstate commerce.
[Title 18, United States Code, Section 922(g)(1)]

## COUNT THREE

The Grand Jury further charges that on or about May 13, 2016, in the Eastern District of Tennessee, the defendant, JAMES FITZGERALD SIMONTON, SR. aka "Boogie", having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, firearms, namely, a Taurus, model PT111, 9mm semi-automatic pistol, and a Bersa, .380 caliber semi-automatic pistol, which had been shipped and transported in interstate commerce.

[Title 18, United States Code, Section 922(g)(1)]

## COUNT FOUR

The Grand Jury further charges that from on or about May 4, 2016, and continuing to on or about May 13, 2016, within the Eastern District of Tennessee and elsewhere, the defendant, JAMES SIMONTON, SR. aka "Boogie," then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 841(a)(1), did knowingly possess firearms, namely, Glock, model 19, 9mm semi-automatic pistol, a Taurus, model PT111, 9mm semi-automatic pistol, and a Bersa, .380 caliber semi-automatic pistol, which firearms had been shipped and transported in interstate commerce.

[Title 18, United States Code, Section 922(g)(3)]

A TRUE BILL:

FOREPERSON

NANCY STALLARD HARR
United States Attorney

By: *(signature)*
J. GREGORY BOWMAN
Assistant U.S. Attorney