

FILED

OCT 11 2017

Clerk, U. S. District ...
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:16-CR-98 |
| ) | JUDGE GREER |
| JAMES FITZGERALD SIMONTON, SR. ) | |
| also known as "Boogie," ) | TO BE SEALED |
| KAI TIERRE WILLIAMS, and ) | |
| JAMES WEST ) | |
| also known as "James Simonton, III," ) | |
| also known as "James Robinson." ) | |

## THIRD SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about May 4, 2016, in the Eastern District of Tennessee, the defendant, JAMES FITZGERALD SIMONTON, SR. aka "Boogie," having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Glock, model 19, 9mm semi-automatic pistol, which had been shipped and transported in interstate commerce.
[18 U.S.C. § 922(g)(1)]

### COUNT TWO

The Grand Jury further charges that on or about May 12, 2016, in the Eastern District of Tennessee, the defendant, KAI TIERRE WILLIAMS, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Beretta, model 92f, 9mm semi-automatic pistol, which had been shipped and transported in interstate commerce.
[18 U.S.C. § 922(g)(1)]

## COUNT THREE

The Grand Jury further charges that on or about May 13, 2016, in the Eastern District of Tennessee, the defendant, JAMES FITZGERALD SIMONTON, SR. aka "Boogie," having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, firearms, namely, a Taurus, model PT111, 9mm semi-automatic pistol, and a Bersa, .380 caliber semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT FOUR

The Grand Jury further charges that from on or about May 4, 2016, and continuing to on or about May 13, 2016, within the Eastern District of Tennessee and elsewhere, the defendant, JAMES SIMONTON, SR. aka "Boogie," then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 841(a)(1), did knowingly possess firearms, namely, a Glock, model 19, 9mm semi-automatic pistol, a Taurus, model PT111, 9mm semi-automatic pistol, and a Bersa, .380 caliber semi-automatic pistol, which firearms had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(3)]

## COUNT FIVE

The Grand Jury further charges that from in or about February 2016, and continuing to on or about September 20, 2016, within the Eastern District of Tennessee and elsewhere, the defendant, JAMES SIMONTON, SR. aka "Boogie," JAMES WEST aka "James Simonton, III," aka "James Robinson," and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority, combine, conspire, confederate, and agree with

each other and with diverse other persons to commit the following offenses against the United States of America: Distribution of 280 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

## COUNT SIX

The Grand Jury further charges that from in or about February 2016, and continuing to on or about September 20, 2016, within the Eastern District of Tennessee, the defendant, JAMES SIMONTON, SR. aka "Boogie," did knowingly possess firearms, in furtherance of a drug trafficking offense as charged in Count Five, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT SEVEN

The Grand Jury further charges that on or about May 4, 2016, in the Eastern District of Tennessee, the defendant, JAMES FITZGERALD SIMONTON, SR. aka "Boogie," having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, a Century Arms model AK-63D 7.62 caliber semi-automatic rifle, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT EIGHT

The Grand Jury further charges that on or about July 19, 2016, in the Eastern District of Tennessee, the defendant, JAMES WEST, aka "James Simonton, III," aka "James Robinson," did knowingly, intentionally, and without authority, possess with the intent to distribute a quantity of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

## COUNT NINE

The Grand Jury further charges that on or about July 19, 2016, within the Eastern District of Tennessee, the defendant, JAMES WEST, aka "James Simonton, III," aka "James Robinson," did knowingly possess firearms in furtherance of a drug trafficking offense as charged in Count Eight, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT TEN

The Grand Jury further charges that on or about July 19, 2016, in the Eastern District of Tennessee, the defendant, JAMES WEST, aka "James Simonton, III," aka "James Robinson," having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, firearms, namely, an EAA, model Witness, 9mm semi-automatic pistol, and a IMP, model 7, .22 caliber revolver, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT ELEVEN

The Grand Jury further charges that on or about October 2, 2017, in the Eastern District of Tennessee, the defendant, JAMES FITZGERALD SIMONTON, SR. aka "Boogie," did knowingly use and attempt to use the threat of physical force against the intended victim, hereinafter referred to as IV, with the intent to influence, delay or prevent the testimony of IV in official proceeding, that is, the matter of *United States v. JAMES FITZGERALD SIMONTON, SR. aka "Boogie," et al.*, pending in the Eastern District of Tennessee.

[18 U.S.C. § 1512(a)(2)(A)]

A TRUE BILL:

FOREPERSON

NANCY STALLARD HARR
United States Attorney

By: J. GREGORY BOWMAN
Assistant U.S. Attorney