UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:16-CR-098-003 |
| v. | ) | JUDGE GREER |
| | ) | |
| JAMES FITZGERALD WEST | ) | |

SENTENCING MEMORANDUM

COMES NOW the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and files this sentencing memorandum in compliance with the Court's Order.

The presentence investigation report for JAMES FITZGERALD WEST correctly sets forth the pertinent sentencing factors of 18 U.S.C. § 3553(a), the correct advisory guideline calculation of 110 to 137 months imprisonment, based upon a total offense level of 25 and a correct criminal history level calculation of VI. The United States reserves the right to file any appropriate motion for departure in accordance with local rules.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/ J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743

CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2017, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                        By:    *s/ J. Gregory Bowman*
                                 J. GREGORY BOWMAN
                                 Assistant U.S. Attorney