UNITED STATE DICTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| ) | Docket No.: 2:16CR98 |
| vs ) | |
| ) | |
| JAMES FITZGERALD WEST ) | |

## SENTENCING MEMORANDUM

The defendant, JAMES FITZGERALD WEST, by counsel, files the following Sentencing Memorandum.

The defendant has no objections to the Presentence Investigation Report filed in this cause. The Report notes that the defendant's "substantial assistance" may be a basis for a downward departure. Trials of co-defendants are pending. The defendant's assistance in the prosecution of these cases may form the basis for a motion for downward departure by the government.

/s/James T. Bowman
Counsel for the Defendant

James T. Bowman
Attorney at Law (BPR 000940)
128 East Market Street
Johnson City, Tennessee 37604
 (423) 926-2022

### Certificate of Service

I hereby certify that on December 27, 2017, the foregoing Sentencing Memorandum was filed electronically. Notice of this filing was sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. counsel not indicated on the court's EFS will be served by regular U.S. mail, postage prepaid.

/s/James T. Bowman